IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILBERT JONES, JR., | § | |
| #2475098, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-1651-D(BT) |
| | § | |
| ELLIS COUNTY, TEXAS, et al. | § | |
| Defendants. | § | |

**ORDER**

The eourt has conducted *de novo* review of the findings, conclusions, and recommendation ("FCR") of the United States Magistrate Judge and adopts the FCR.

Accordingly, the court concludes that the complaint should be dismissed with prejudice as to all federal claims against defendants Ellis County, Texas, Ellis Co. Jail Medical Provider, Officer John Doe, and Officer Allen for failure to state a claim on which relief can be granted under 28 U.S.C. § 1915(e)(2)(B). Plaintiff's individual-capacity deliberate indifference claim against Nurse Jane Doe should proceed.

The Clerk of the Court is directed to terminate all defendants except for defendant Nurse Jane Doe as defendants in this case.

The court prospectively certifies that any appeal of this action would not be taken in good faith. FED. R. APP. P. 24(a)(3). In support of this certification, the court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the findings and recommendation, the court finds that any appeal of this action would

present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (per curiam). If plaintiff appeals, he may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).

**SO ORDERED**.

November 9, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE